Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorneys for Defendant **Trustmark Insurance Company**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, on behalf of the University of California – Davis Medical Center,<br><br>                Plaintiff,<br><br>        vs.<br><br>TRUSTMARK INSURANCE COMPANIES, and DOES 1 to 25,<br><br>                Defendants. | Case No.  2:06-cv-00078-MCE-GGH<br><br><br>**STIPULATION AND ORDER RESCHEDULING THE FINAL PRETRIAL CONFERENCE** |

WHEREAS, the Court entered a Pretrial (Status) Scheduling Order on May 9, 2006 which, among other things, scheduled the Final Pretrial Conference herein for July 23, 2007 and directed that at least one of the attorneys who will conduct the trial for each of the parties attend the Final Pretrial Conference; and

WHEREAS, Robert R. Pohls has been retained as trial counsel for defendant Trustmark Insurance Company; and

WHEREAS, Mr. Pohls' parents will be celebrating their 50th wedding anniversary in November of 2007 and, to mark the occasion, have arranged to have their 3 children, the spouse of each of their children, and their 6 grandchildren to accompany them on a vacation cruise during the summer of 2007; and

1  WHEREAS, in response to Mr. Pohls' request that they accommodate the schedule set
2  by this Court's Pretrial (Status) Scheduling Order, Mr. Pohls' parents scheduled their vacation
3  cruise for the period between July 16, 2007 and July 22, 2007; and

5  WHEREAS, Mr. Pohls' parents already have paid all of the costs associated with their
6  vacation cruise, including their fares and those of the 12 family members they have asked to
7  accompany them; and

9  WHEREAS, the Court entered a Minute Order on May 10, 2007 which, among other
10 things, rescheduled the Final Pretrial Conference for July 20, 2007; and

12 WHEREAS, Mr. Pohls is unable to attend both the Final Pretrial Conference and the
13 vacation cruise his parents have planned (and for which they already have paid) to mark their
14 50th wedding anniversary; and

16 WHEREAS, the costs Mr. Pohls' parents have paid for their vacation cruise are not
17 refundable and the competing schedules of the 12 persons from Mr. Pohls' family who
18 currently plan to accompany his parents on their vacation cruise do not allow for that event to
19 be rescheduled for any other dates during the 50th year of Mr. Pohls' parents' marriage; and

21 WHEREAS, no other attorney from Mr. Pohls' office can attend the Final Pretrial
22 Conference because he is the defendant's only trial counsel and the only attorney from his firm
23 who is fully informed of the facts and legal issues in this case.

25 IT HEREBY IS STIPULATED, by and between the parties, through their respective
26 attorneys of record herein, that the Final Pretrial Conference be rescheduled to July 30, 2007
27 or such later date as is available on the Court's calendar and that, if necessary, the Trial of this
28 ///

**STIPULATION AND ORDER RESCHEDULING**
**THE FINAL PRETRIAL CONFERENCE**
Case No.  2:05-cv-00078-MCE-GGH                                                                Page 2

action be rescheduled for a date that is at least 4 weeks after the date on which the Final Pretrial Conference actually is held.

**STEPHENSON, ACQUISITO & COLMAN**

IT IS SO STIPULATED.

DATED: _____, 2007    _____
Gary LaHendro
Attorney for Plaintiff **The Regents of the University of California**, on behalf of the University of California – Davis Medical Center

**POHLS & ASSOCIATES**

IT IS SO STIPULATED.

DATED: _____, 2007    _____
Robert R. Pohls
Stacey L. Leask
Attorneys for Defendant
**Trustmark Insurance Company**

### ORDER

Good cause appearing,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Final Pretrial Conference be and hereby is rescheduled for 9:00 a.m. on August 3, 2007 and that the Trial of this action be and hereby is rescheduled for 9:00 a.m. on September 10, 2007.

DATED: May 17, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE