UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, on behalf of the University of California – Davis Medical Center,<br><br>          Plaintiff,<br><br>     vs.<br><br>TRUSTMARK INSURANCE COMPANIES, and DOES 1 THROUGH 25, INCLUSIVE<br><br>          Defendants. | Case No.:   2:06-cv-00078-MCE-GGH<br><br>Hon. Morrison C. England, Jr.,<br><br>[PROPOSED] ORDER RE STIPULATION TO CONTINUE DUE DATE TO FILE DISPOSITIONAL DOCUMENTS |

1 **ORDER**

2     Good cause appearing and pursuant to the Stipulation to Continue Due Date
3 to File Dispositional Documents between THE REGENTS OF THE
4 UNIVERSITY OF CALIFORNIA, on behalf of the University of California –
5 Davis Medical Center and TRUSTMARK INSURANCE COMPANY, it is hereby
6 ordered that the due date to file dispositional documents in this matter is continued
7 to October 4, 2007.

8

9 DATED: September 4, 2007

10 _____
11 MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

- 2 -