1  Robert R. Pohls (California Bar #131021)
   Jason G. Gong (California Bar #181298)
2  Stacey L. Leask (California Bar #233281)
   **POHLS & ASSOCIATES**
3  12657 Alcosta Boulevard, Suite 150
   San Ramon, California  94583
4  Telephone:  (925) 973-0300
   Facsimile:  (925) 973-0330
5
   Attorneys for Defendant
6  **Trustmark Insurance Company**

7

8                **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11  THE REGENTS OF THE UNIVERSITY OF          No. 2:06-CV-00078-MCE-GGH
    CALIFORNIA, on behalf of the University of
12  California – Davis Medical Center,

13            Plaintiff,

14        v.                                  **STIPULATION AND (PROPOSED) ORDER
                                              DISMISSING ACTION WITH PREJUDICE**
15  TRUSTMARK INSURANCE COMPANIES,
    and DOES 1 to 25,
16
              Defendants.
17

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    IT IS HEREBY STIPULATED, by and between plaintiff The Regents of the University of

2  California, on behalf of the University of California – Davis Medical Center ("The Regents") and

3  defendant Trustmark Insurance Company (erroneously sued herein as Trustmark Insurance

4  Companies and hereinafter referred to as "Trustmark"), by and through their respective

5  attorneys of record herein, that this action be dismissed with prejudice, with each party to bear

6  its own costs, expenses and attorneys' fees.

7

8  IT IS SO STIPULATED.                    **STEPHENSON, ACQUISTO & COLMAN**

9
   DATED:  September 10, 2007              /S/
10
                                          _____
11                                        Gary LaHendro
                                          Attorneys for Plaintiff **The Regents of the**
12                                        **University of California, on behalf of the**
                                          **University of California – Davis Medical Center**
13

14 IT IS SO STIPULATED.                    **POHLS & ASSOCIATES**

15
   DATED:  September 18, 2007              /S/
16
                                          _____
17                                        Robert R. Pohls
                                          Attorneys for Defendant
18                                        **Trustmark Insurance Company**

19

20

21                                    **ORDER**

22
   IT IS SO ORDERED, ADJUDGED AND DECREED.
23

24

25 DATED:  September 20, 2007
                                          _____
26
                                          MORRISON C. ENGLAND, JR.
27                                        UNITED STATES DISTRICT JUDGE

28

**STIPULATION AND (PROPOSED) ORDER**
**DISMISSING ACTION WITH PREJUDICE**
**Case No. 2:06-CV-00078-MCE-GGH**                                    **Page 2**